

**FILED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JAN 2 4 2019

AT ⬤⬤ _SB_ 2:45 _P_ M

WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. *19 CR. 68 (MCA)* |
| | : | |
| RICHARD ADEBAYO and | : | 18 U.S.C. § 1349 |
| AMOS PETER AGBAJAIFE | : | 18 U.S.C. § 1343 |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | 18 U.S.C. § 2 |

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### Count One
### (Conspiracy to Commit Wire Fraud)

### Background

1.      Between in or around March 2014 and in or around April 2014, defendants RICHARD ADEBAYO ("ADEBAYO") and AMOS PETER AGBAJAIFE ("AGBAJAIFE") engaged in a credit card fraud scheme, pursuant to which the defendants: obtained personally identifying information, including, but not limited to, names, dates of birth, social security numbers, addresses, phone numbers, passwords, and credit card account numbers, (the "PII") of credit card holders (the "Cardholder Victims"); obtained replacement credit cards in the Cardholder Victims' names (the "Fraudulent Cards"); and then used those Fraudulent Cards to purchase high-value items from retail stores.

## The Conspiracy

2.    From in or around March 2014 through in or around April 2014, in Essex, Bergen, and Passaic Counties, in the District of New Jersey and elsewhere, defendants

### RICHARD ADEBAYO and
### AMOS PETER AGBAJAIFE

did knowingly and intentionally conspire and agree with each other and others to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme and artifice to defraud, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, contrary to Title 18, United States Code, Section 1343.

## Object of the Conspiracy

3.    It was the object of the conspiracy for defendants RICHARD ADEBAYO and AMOS PETER AGBAJAIFE to fraudulently obtain credit cards belonging to others and using the credit cards to illegally purchase goods.

2

## **Manner and Means of the Conspiracy**

4.     It was part of the conspiracy to defraud that defendant ADEBAYO obtained the PII of various Cardholder Victims, including, two specific individuals ("Cardholder Victim 1" and "Cardholder Victim 2"), in an effort to fraudulently secure various credit cards belonging to Cardholder Victims without their knowledge or consent.

5.     It was further part of the conspiracy to defraud that defendants ADEBAYO and AGBAJAIFE fraudulently obtained credit cards in the names of Cardholder Victim 1 and Cardholder Victim 2 that were issued by credit card issuers because they were falsely told that the credit cards were lost and that replacement credit cards should be mailed to an address associated with defendants ADEBAYO and AGBAJAIFE located in or around Newark, New Jersey.

6.     It was further part of the conspiracy to defraud that defendants ADEBAYO and AGBAJAIFE then used or attempted to use fraudulently obtained credit cards in the name of Cardholder Victim 1 ("Fraudulent Credit Card A" and "Fraudulent Credit Card B") and Cardholder Victim 2 ("Fraudulent Credit Card C") to purchase various goods at retail stores in or around New Jersey without the knowledge or consent of Cardholder Victim 1 and Cardholder Victim 2.

7.     It was further part of the conspiracy that in or around March 2014 through in or around April 2014, defendants ADEBAYO and AGBAJAIFE attempted to purchase and purchased thousands of dollars worth of luxury

3

goods, among other things, with Fraudulent Credit Card A, Fraudulent Credit Card B, and Fraudulent Credit Card C.

8. It was further part of the conspiracy to defraud that defendants ADEBAYO and AGBAJAIFE used means of wire communications in interstate and foreign commerce to execute their scheme in that each time fraudulently obtained credit cards, including Fraudulent Credit Card A, Fraudulent Credit Card B, and Fraudulent Credit Card C, were used at a retail store in New Jersey, a wire communication was relayed from New Jersey to a different state.

All in violation of Title 18, United States Code, Section 1349.

## Counts Two through Fifteen
### (Wire Fraud)

1. The allegations in Paragraph 1 and Paragraphs 3 through 8 of Count One of this Indictment are hereby incorporated and realleged as if set forth fully herein.

2. On or about the dates set forth below, in Bergen, Essex, and Passaic Counties, in the District of New Jersey and elsewhere, defendants

### RICHARD ADEBAYO and
### AMOS PETER AGBAJAIFE

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing and attempting to execute such scheme and artifice to defraud, did knowingly transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, namely, wire communications pertaining to each of the credit card transactions described below, each constituting a separate count of this Indictment:

| Count | Approximate Date | Description | Approximate Amount |
|-------|------------------|-------------|--------------------|
| Two | March 21, 2014 | Purchase using Fraudulent Credit Card A at a retail store located in Essex County, New Jersey ("Store-1") | $7,626 |
| Three | March 21, 2014 | Purchase using Fraudulent Credit Card A at Store-1 | $8,549 |
| Four | March 22, 2014 | Purchase using Fraudulent Credit Card A at a retail store located in Passaic County, New Jersey ("Store-2") | $18,029 |
| Five | March 22, 2014 | Purchase using Fraudulent Credit Card A at a retail store located in Bergen County, New Jersey ("Store-3") | $21,464 |
| Six | March 22, 2014 | Purchase using Fraudulent Credit Card A at a retail store located in Essex County, New Jersey ("Store-4") | $5,403 |
| Seven | March 22, 2014 | Purchase using Fraudulent Credit Card A at Store-4 | $226 |
| Eight | March 22, 2014 | Purchase using Fraudulent Credit Card A at Store-4 | $944 |
| Nine | March 22, 2014 | Purchase using Fraudulent Credit Card A at a retail store located in Essex County, New Jersey ("Store-5") | $17,124 |
| Ten | March 22, 2014 | Purchase using Fraudulent Credit Card A at a retail store located in Essex County, New Jersey ("Store-6") | $4,373 |
| Eleven | March 24, 2014 | Purchase using Fraudulent Credit Card B at a retail store located in Passaic County, New Jersey ("Store-7") | $5,991 |

| Twelve | March 24, 2014 | Purchase using Fraudulent Credit Card B at a retail store located in Essex County, New Jersey ("Store-8") | $6,985 |
|---|---|---|---|
| Thirteen | March 24, 2014 | Purchase using Fraudulent Credit Card B at Store-8 | $1,177 |
| Fourteen | April 1, 2014 | Attempted purchase using Fraudulent Credit Card C at a retail store located in Essex County, New Jersey ("Store-9") | $53,500 |
| Fifteen | April 1, 2014 | Attempted purchase using Fraudulent Credit Card C at Store-9 | $34,454 |

All in violation of Title 18, United States Code, Section 1343 and

Section 2.

## Count Sixteen
## (Aggravated Identity Theft)

1. The allegations contained in Counts One through Thirteen of this Indictment are hereby incorporated and realleged as if set forth fully herein.

2. On or about March 22, 2014, in Passaic County, in the District of New Jersey and elsewhere, defendants

### RICHARD ADEBAYO and
### AMOS PETER AGBAJAIFE

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, namely, a credit card bearing the name and account number of Cardholder Victim 1 and a driver's license bearing the name of Cardholder Victim 1, during and in relation to a felony violation of a provision enumerated in Title 18, United States Code, Section 1028A(c), that is, wire fraud as set forth in Count Four.

In violation of Title 18, United States Code, Section 1028A(a)(1) and Section 2.

8

## Count Seventeen
## (Aggravated Identity Theft)

1. The allegations contained in Counts One, Fourteen, and Fifteen of this Indictment are hereby incorporated and realleged as if set forth fully herein.

2. On or about April 1, 2014, in Essex County, in the District of New Jersey and elsewhere, defendants

**RICHARD ADEBAYO and
AMOS PETER AGBAJAIFE**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, namely, a credit card bearing the name and account number of Cardholder Victim 2, during and in relation to a felony violation of a provision enumerated in Title 18, United States Code, Section 1028A(c), that is, wire fraud as set forth in Count Fourteen.

In violation of Title 18, United States Code, Section 1028A(a)(1) and Section 2.

9

## **Forfeiture Allegations as to Counts One through Fifteen**

1.    The allegations contained in Counts One through Fifteen of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

2.    The United States hereby gives notice to the defendants charged in Counts One through Fifteen of this Indictment that, upon conviction of the offenses charged in those counts, the government will seek forfeiture, in accordance with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Sections 1343 and 1349, alleged in Counts One through Fifteen of this Indictment, including but not limited to, the items listed in Schedule A to this Indictment.

## **Substitute Assets Provision**

3.    If by any act or omission of the defendants, any of the property subject to forfeiture described above:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party,

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be

subdivided without difficulty, the United States of America will be entitled to

10

forfeiture of substitute property up to the value of the property described

above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

CRAIG CARPENITO
United States Attorney

11

## SCHEDULE A

1.  Apple laptop computer, Model A1465, bearing serial number C02K5CDZDRV7, seized on or about April 1, 2014;

2.  Black Apricorn 32 Gigabyte Thumb Drive, Model ASK-256, bearing serial number 032133300001121, seized on or about April 1, 2014;

3.  Tan-colored Brooks Brothers shoes, women's size 9, seized on or about April 1, 2014;

4.  White and tan-colored Brooks Brothers handbag seized on or about April 1, 2014;

5.  Light grey and white-colored snakeskin Stuart Weitzman handbag seized on or about April 1, 2014;

6.  Black-colored snakeskin Gucci handbag/duffle bag seized on or about April 1, 2014;

7.  Mont Blanc, Rolex and Tag Heuer watch cases seized on or about April 1, 2014;

8.  Hugo Boss watch with a silver-colored face and white-colored plastic watchband with the words "Boss Hugo Boss" and watch case seized on or about April 1, 2014;

9.  Silver-colored Mont Blanc chain necklace with rectangular diamond pendant seized on or about April 1, 2014;

10.  Silver-colored Mont Blanc ring with diamonds seized on or about April 1, 2014;

11.  Diamond stud earrings from Zales seized on or about April 1, 2014;

12.  36mm 18 karat gold and steel Rolex watch with a diamond dial and diamond bezel, serial number G096820, seized on or about April 1, 2014;

13.  Black-colored stainless steel Gucci watch with diamond bezel, serial number 12896776, seized on or about April 1, 2014;

14.  Tag Heuer "Grand Carrera" CAV514B watch with brown leather band, serial number 1692159, seized on or about April 1, 2014;

15.  Dark brown leather Salvatore Ferragamo messenger bag seized on or about April 1, 2014;

16. Burberry wallet seized on or about April 1, 2014;

17. Black Blackberry Smart Phone STL-100, bearing IMEI # 352922050393650 seized on or about September 17, 2013;

18. Black Blackberry Bold 9900 cellular telephone, bearing IMEI # 357966042107939 seized on or about September 17, 2013;

19. Silver San Disk (Cruzer Orbit 32 GB) flash drive seized on or about September 17, 2013;

20. Silver Apple Macbook Air Laptop computer, bearing serial number C02K54U4DRV7, seized on or about September 17, 2013;

21. Silver Apple desktop computer, bearing serial number C02N19JUF8J2, seized on or about September 19, 2014;

22. Black and graphite ASUS Model AR5B95 laptop computer, bearing serial number 13GNVK1XP03X-1, seized on or about September 19, 2014;

23. Black 128-Gigabyte Surface Note Pad computer bearing serial number 024244533753 seized on or about September 19, 2014;

24. White 64-Gigabyte Apple iPad, bearing serial number DLXG5FDEDKNY and IMEI number 012801002297486, seized on or about September 19, 2014;

25. White Apple iPad Mini, bearing serial number F4KJX9HBF197, seized on or about September 19, 2014;

26. Kyocera Model S2151 Kona cell phone, bearing serial number 268435462502782280, seized on or about September 19, 2014;

27. White HTC Model Desire 700 Dual Sim 7060 cell phone, bearing serial number FA41PWH01687 and IMEI numbers 359149050759705 and 359149050759713, seized on or about September 19, 2014;

28. Black Samsung-S5 Model SM-G900T smart phone, bearing serial number RV8F40CB0RL and IMEI number 351881/06/D85406/2, seized on or about September 19, 2014;

29. Black and grey Apple iPhone Model 5S, bearing IMEI number 358811056061367, seized on or about September 19, 2014;

30. Black T-Mobile Model OT-606A cell phone, bearing IMEI 013379003660928, seized on or about September 19, 2014;

13

31. Maroon BlackBerry Model BB8300 smart phone, bearing IMEI number 355772017399309, seized on or about September 19, 2014;

32. Pink T-Mobile Model 93442XQBSA cell phone, bearing IMEI number 358267009141618, seized on or about September 19, 2014;

33. Black and grey AT&T HTC cell phone, bearing serial number HT14HT206755 and IMEI number 357814041003073, seized on or about September 19, 2014; and

34. Maroon and brown Motorola Boost Mobile Model H98XAH6JR7AN cell phone, bearing serial number 364VKNSS42 and IMEI number 001700870204840, seized on or about September 19, 2014.

**CASE NUMBER:** *19-CR-68 (MCA)*

**United States District Court**
**District of New Jersey**

**UNITED STATES OF AMERICA**

**v.**

**RICHARD ADEBAYO**
**and**
**AMOS PETER AGBAJAIFE**

**INDICTMENT FOR**
18 U.S.C. §§ 1349, 1343, 1028A(a)(1),
and 2

**A True Bill,**

**Foreperson**

**CRAIG CARPENITO**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

**ERICA LIU**
*ASSISTANT U.S. ATTORNEY*
*(973) 645-3989*

**USA-48AD 8**
**(Ed. 1/97)**