UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

RICHARD ADEBAYO and
AMOS PETER AGBAJAIFE

Criminal No. 19-68 (MCA)

<u>SCHEDULING ORDER</u>

This matter having come before the Court for arraignment; and the
United States being represented by Craig Carpenito, United States
Attorney for the District of New Jersey (by Erica Liu, Assistant U.S.
Attorney, appearing); and the Defendant, Richard Adebayo, <u>pro</u> <u>se</u>,
appearing, with standby counsel Christopher Adams, Esq. appearing;
and the parties having met and conferred prior to arraignment and
having determined that this matter may be treated as a criminal case
that does not require extensive discovery within the meaning of
paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling
and Discovery; and the parties having agreed on a schedule for the
exchange of discovery and the filing and argument of pretrial motions;
and the Court having accepted such schedule, and for good cause
shown,

It is on this 29 day of January, 2019, ORDERED that:

1. The Government shall provide all discovery required by Federal
Rule of Criminal Procedure 16(a)(1) on or before February 15, 2019.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before February 15, 2019.  Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before March 15, 2019.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before March 15, 2019.

5. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, March 1, 2019;

b) The Government shall file any response to the Defendant's pretrial motions on or before March 15, 2019;

c) The Defendant shall file any reply on or before March 22, 2019;

d)  A status conference and oral argument on pretrial motions shall be held on March 28, 2019 at 2:00 p.m.; and

e)  A trial of this matter shall commence on April 2, 2019.

Honorable Madeline Cox Arleo
United States District Judge

3