UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD ADEBAYO | Hon. Madeline Cox Arleo<br><br>Crim. No. 19-68<br><br>**ORDER** |

This matter having come before the Court on various pre-trial motions filed by the United States, through Craig Carpenito, United States Attorney for the District of New Jersey (Jamel K. Semper and Catherine R. Murphy, Assistant United States Attorneys, appearing), and defendant Richard Adebayo (*pro se*; Christopher Adams, Esq., appearing as standby counsel); the Court having considered the papers submitted, oral arguments of the parties on June 5, 2019, and sworn testimony by Homeland Security Investigations Special Agent Ricky Miller and the Defendant on June 5, 2019, and for the reasons stated on the record on June 5, 2019:

IT IS, on this 11 day of June, 2019:

ORDERED that the Defendant's Motion to Dismiss (ECF No. 33) is hereby denied;

IT IS FURTHER ORDERED that the Defendant's Motion for a *Franks* Hearing (ECF No. 25) is hereby denied;

IT IS FURTHER ORDERED that the Defendant's Omnibus Motion (ECF No. 7) is hereby denied;

IT IS FURTHER ORDERED that that Defendant's Motion to Dismiss and Release of Grand Jury's Transcript (ECF No. 35) is hereby denied;

IT IS FURTHER ORDERED that the Defendant's Motion to Suppress Arrest and Evidence (ECF No. 34) is hereby denied;

IT IS FURTHER ORDERED that the Government's Omnibus Motion (ECF No. 8) is hereby granted;

And for the reasons set forth on the record on June 5, 2019, this Court further DENIES as MOOT the Defendant's Motion to Preclude In-Court Identification.

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE